■ MANGONE & SCHNAPP et al., Respondents-Appellants, v PHILIP A. KANTOR, Appellant-Respondent, et al., Defendants. [640 NYS2d 752] —Order, Supreme Court, New York County (Joan Lobis, J.), entered July 19, 1995, unanimously affirmed for the reasons stated by Lobis, J., without costs and disburse-

ments. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Williams, JJ.